Robyn Fyffe ISB# 7063
FYFFE LAW LLC
800 W Main St, Ste 1460
Boise, Idaho 83702
Telephone: (208) 338-5231
Facsimile:  (208) 917-4596
robyn@fyffelaw.com

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID BIBIKOV,<br><br>        Defendant. | Case No. 1:18-cr-258-EJL-7<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Defendant David Bibikov, through his attorney Robyn Fyffe, moves the Court to modify the conditions of his pre-trial release by permitting him to have contact with co-defendants who are family members, so long as the instant case is not discussed.

This motion is supported by good cause. In setting conditions of pre-trial release with respect to other co-defendants, the Court allowed this same exception to the pre-trial supervision term prohibiting contact with co-defendants. Dkt. # 47, 74, 75, 77, 84, 91 & 92. Because it was mistakenly believed that Mr. Bibikov was not related to other co-defendants, this exception was not included in his no contact provision. *See* Dkt. # 85. However, Mr. Bibikov is indeed related to other co-defendants and asks the Court to also permit him to have contact with family who are

1  UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

co-defendants, so long as the case is not discussed. The undersigned has communicated with Assistant United States Attorney Kate Horwitz, who indicated she has no objection to this motion

DATED this 7th day of September, 2018.

/s/  Robyn Fyffe
ROBYN FYFFE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2018, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means:

Kate Horwitz, Assistant US Attorney
Office of the United States Attorney
kate.horwitz@usdoj.gov

Christian Samuel Nafzger, Assistant US Attorney
Office of the United States Attorney
christian.Nafzger@usdoj.gov

I FURTHER CERTIFY that on September 7, 2018, I emailed a copy of the foregoing document to:

Joel Osbourne, Pre-Trial Officer
US Probation
joel_osbourne@idp.uscourts.gov

/s/  Robyn Fyffe
ROBYN FYFFE

2  UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE