Silvey Law Office Ltd
Greg S. Silvey, Attorney
ISB # 5139
P.O. Box 5501
Boise, Idaho 83705
(208) 286-7400
ECF:greg@idahoappeals.com

Attorney for Defendant
Kristina Babichenko

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DC No. CR-18-258-S-EJL |
| Plaintiff, | ) | |
| | ) | JOINDER IN MOTION |
| vs. | ) | TO AMEND CONDITIONS |
| | ) | OF RELEASE AND OPEN |
| KRISTINA BABICHENKO, ET AL, | ) | COURT HEARINGS |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, Defendant KRISTINA BABICHENKO, by and through her attorney of record Greg S. Silvey, and hereby joins in the Motion to Amend Conditions of Release and Open Court Hearings (Dkt. No. 120) filed by Defendant ANNA IYERUSALIMETS, based upon the same grounds set forth in said motion.

DATED This 20th day of September, 2018.

                                                        /s/
                                               Greg S. Silvey
                                               Attorney for Defendant
                                               greg@idahoappeals.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of September, 2018, a true and correct copy of the foregoing pleading was delivered by ECF to:

Kate Horwitz, Assistant U.S. Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 Park Blvd. Suite 600
Boise, ID 83712
khorwitz@usa.doj.gov

Christian Nafzger, Assistant U.S. Attorney
Office of the Unite States Attorney
Washington Group Plaza, IV
800 Park Blvd. Suite 600
Boise, ID 83712
cnafzger@usa.doj.gov

Samuel Richard Rubin
Federal Public Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, ID 83702

John Charles DeFranco
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com

Dartanyon Gabriel Burrows
Elisa G. Massoth, PLLC
POB 1003
Payette, ID 83661
dburrows@kmrs.net

Notice of Joinder in Motion-2

Rob S. Lewis
960 Broadway #210
Boise, ID 83701
office@roblewislaw.com

J D Merris
Merris and Naugle
913 W. River St. 420
Boise, ID 83702
jmerris@cableone.net

Robyn Fyffe
Fyffe Law
PO Box 5681
Boise, ID 83705
robyn@fyffelaw.com

Ellen Nichole Horras Smith
5561 N. Glenwood St.
Boise, ID 83714
Ellen@smithhorras.com

Gabriel J. McCarthy
401 W. Front St. Ste 302
Boise, ID 83702
gabe@gabrielmccarthy.com

Paul E. Riggins
380 S. 4th Street, Suite 104
Boise, Idaho 83702
rigginslaw@gmail.com

                                        /s/
                                  Greg S. Silvey
                                  Attorney for Defendant
                                  greg@idahoappeals.com

Notice of Joinder in Motion-3