# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Telephonic Status Conference**

U.S. District Judge: B. Lynn Winmill  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Tammy Hohenleiter

Date: November 4, 2019  
Time: 2:33 – 2:56 p.m.

<u>USA vs. BABICHENKO et al, Case No. 1:18-cr-00258-BLW</u>

Counsel for:  Plaintiff: Katherine Horwitz and Timothy Flowers  
　　　　　　Defendants: JD Merris for Natalya Babichenko  
　　　　　　　　Paul Riggins for Piotr Babichenko  
　　　　　　　　Melissa Winberg, Dick Rubin & Nicole Owens for Anna Iyerusalimets  
　　　　　　　　Ellen Horras Smith for Mikhail Iyerusalimets  
　　　　　　　　Rob Lewis for Timofey Babichenko  
　　　　　　　　Greg Silvey for Kristina Babichenko  
　　　　　　　　Robyn Fyffe for David Bibikov  
　　　　　　　　Jeffrey Brownson for Gennady Babichenko  
　　　　　　　　John DeFranco for Pavel Babichenko

The Court noted this matter is set for a Telephonic Status Conference to discuss the status of discovery.

Counsel expressed concerns to the Court regarding discovery and expert witnesses.

The Court advised counsel to coordinate amongst themselves to resolve stated issues.

The Court will conduct another status conference in approximately 4 weeks. The hearing will be set by a separate notice.