Robyn Fyffe ISB# 7063
FYFFE LAW LLC
PO Box 5651
Boise, Idaho 83705
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
Attorneys for the Defendant David Bibikov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BIBIKOV,<br><br>Defendant. | Case No. 1:18-cr-258-BLW-7<br><br>**MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT 28 OF THE SUPERSEDING INDICTMENT** |

At the close of his co-defendants' cases, the Defendant David Bibikov will move for a partial judgment of acquittal on Count 28 of the Superseding Indictment, which alleges that Mr. Bibikov trafficked "in goods, specifically Apple iPhone 5S." The government failed to prove Mr. Bibikov trafficked in iPhone 5S phones and, as the Court ruled in granting the Motion for Judgment of Acquittal on Counts 21, 23 and 30 (Dkt. 1565), the government was obligated to prove that Mr. Bibikov trafficked in the specific goods alleged in the indictment. Therefore, Count 28 must also be dismissed.

1 - MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT 28

## COUNT 28: TRAFFICKING IN COUNTERFEIT GOODS

Count 28 alleges that on December 2, 2016, Mr. Bibikov "did intentionally traffic in goods, specifically Apple iPhone 5S and Apple cellular telephone chargers, knowingly using a counterfeit mark." Dkt. 210, p. 14. The government produced no evidence that the phones sold to Vadim (four of which were admitted as Exhibits 5010A.1 to A.4) were iPhone 5S. Instead, similar to the phones that are the subject of Count 23 against Pavel Babichenko, the evidence suggests that the goods were model iPhone 5.

Specifically, on May 26, the government inquired of Special Agent Christopher Sheehan:

Q. BY MS. HORWITZ: Moving on to the hand-to-hand purchase that was conducted by Vadim Dmitruk as a confidential informant for the FBI on October -- excuse me -- December 6, 2016, directly from David Bibikov —

A. December 2nd.

[admission of Exhibits 2010A video of that hand-to-hand purchase, and 2010B, photographs of the items that were purchased]

Q. BY MS. HORWITZ: Are Government's Exhibits 5010.A.1 through A.4 as well as 5010.B.1 through B.5 and 5010.C.1 through C.6 ***the Apple iPhones***, the Apple ***iPhone*** packaging, and the Apple chargers that Vadim Dmitruk purchased directly from David Bibikov during the hand-to-hand buy?

A. Yes.

TR. 558:21-559:21 (emphasis added). The Court then admitted 5010.A.1 through A.4, 5010.B.1 through B.5, and 5010.C.1 through C.6. TR. 559-560.

None of the subsequent testimony regarding the 5010 Exhibits reflected that the goods that Vadim purchased were iPhone 5S. *See* TR. 558-560, 880, 936, 3092, 3103-04 (citing Exhibit 5010 without mentioning iPhone 5 or 5S). Instead, like the phones in the 5009.A series that are the subject of Count 23, the evidence supports that the goods are iPhone 5 phones.

2  - MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT 28

Similarly, the stickers and kits admitted in evidence indicate they are for an "iPhone 5." Exhibits 5010.A.1-A.4; 5010.B.1-B.5 And the back of the phones reflect the model number for an iPhone 5 (#A1428), not an iPhone 5S (#A1533). *See* Exhibit 5009.A.4; Exhibits 5010.A.1 to A.4; *see also* TR. 4545 (Ellington testimony that 5009.A.1 to A.5 are iPhone 5 phones).

## ARGUMENT

The Court shall enter judgment of acquittal on an offense charged in the indictment after the evidence on either side is closed if the evidence is insufficient to sustain a conviction. Fed. Rule Crim. Proc. 29(a). As argued in the motion on Counts 21, 23, and 30, "a defendant may not be convicted of an offense different from that specifically charged by the grand jury." *United States v. Pazsint,* 703 F.2d 420, 423 (9th Cir. 1983); *see also* U.S. CONST. amend V. The Court may not "amend the indictment by changing the offense charged to conform with the proof adduced at trial." *United States v. Stewart Clinical Lab'y, Inc.*, 652 F.2d 804, 807 (9th Cir. 1981).

The grand jury indicted Mr. Bibikov for trafficking in goods — Apple iPhone 5S and Apple chargers. Count 28 does not allege that Mr. Bibikov trafficked in a specific charger model. Conversely, Count 28 specifically identifies the trafficked goods as "iPhone 5S."

A conviction for trafficking in a good other than that alleged in the indictment would constitute a constructive amendment and plain error. As the Court ruled with respect to Counts 21, 23 and 30, the Government did not present sufficient evidence that Mr. Bibikov trafficked in iPhone 5S, which are specific goods alleged in Count 28. Upon Mr. Bibikov's motion at the close of the defense case, the Court must enter a judgment of acquittal on Count 28 with respect to the allegation he trafficked in iPhone 5S phones.

Dated this 18th day of July, 2022.


/s/  Robyn Fyffe
ROBYN FYFFE


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2022, I filed the foregoing document through the CM/ECF system, which caused the following parties to be served by electronic means:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
kate.Horwitz@usdoj.gov
christian.Nafzger@usdoj.gov
joshua.hurwit@usdoj.gov
justin.whatcott@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com

Barry L. Flegenheimer
119 First Avenue South, Suite 500
Seattle, WA 98104
barrylfp@gmail.com
*Attorneys for Pavel Babichenko*


Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

4  - MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT 28

Mike French
BARTLETT & FRENCH PLLP
1002 W. Franklin St.
Boise, Idaho 83702
mike@bartlettfrench.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Bradley Calbo
124 Main Avenue N., Suite 200
P.O. Box 83303-1233
balbo@magicvalleylegal.com
Attorneys for Timofey Babichenko

Jeffrey Brownson
223 North 6th Street, Suite 215
Boise, Idaho 83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babitchenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com

Jay J Kiiha
5700 East Franklin Road, Ste. 200
Nampa, Idaho 83687
jkiiha@whitepeterson.com
*Attorneys for Kristina Babichenko*

Nicole Owens
Melissa Winberg
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
Nicole_Owens@fd.org
*Attorneys for Anna Iyerusalimets*

5  - MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT 28

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorneys for Mikhail Iyerusalimets*

                /s/ Robyn Fyffe
                ROBYN FYFFE